# United States Bankruptcy Court
## Northern District of Illinois

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): <br> Baja River East, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> d/b/a Quay Restaurant | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): <br> 27-1506012 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 465 E. Illinois St. <br> Chicago, Illinois <br> ZIP CODE 60611 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> 210 W. Campus Dr., #C <br> Arlington Heights, Illinois <br> ZIP CODE 60004 | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Baja River East, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition  *(This page must be completed and filed in every case.)* | Name of Debtor(s): Nais River East LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Thomas R. Fawkes
Signature of Attorney for Debtor(s)
Thomas R. Fawkes
Printed Name of Attorney for Debtor(s)
Goldstein & McClintock LLLP
Firm Name
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Address
312-337-7700
Telephone Number
06/19/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Robert Stejskal
Signature of Authorized Individual
Robert Stejskal
Printed Name of Authorized Individual
Authorized Agent
Title of Authorized Individual
06/19/2015
Date

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| BAJA RIVER EAST, LLC, d/b/a QUAY RESTAURANT, | ) Case No. 15- [____] |
| Debtor. | ) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CREDITORS

The following is a list of the top twenty unsecured creditors holding claims against the above-captioned debtor and debtor in possession (the "*Debtor*") that has commenced a chapter 11 case in this Court. This list has been prepared from the unaudited books and records of the Debtor. The list reflects amounts from the Debtor's books and records as of June 19, 2015.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtor's chapter 11 case. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, the authorized officer of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the attached list of unsecured creditors holding the twenty largest claims and that it is true and correct to the best my information and belief.

Dated: June 19, 2015

Signature: _____
Robert Stejskal, Authorized Officer

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Republic Bank<br>120 W. Madison St.<br>Chicago, IL 60602 | Bank Loan | | Unknown<br>(partially secured) |
| Fox General Contracting Inc.<br>PO Box 180<br>Wasco, IL 60183 | Trade Debt | | $83,767.66 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Tax Liability | | $60,597.78 |
| Jesse T. Boyle<br>1301 Degener Ave.<br>Elmhurst, IL 60126 | Trade Debt | | $30,176.97 |
| Webster & Powell<br>320 W Ohio Street<br>Chicago, IL 60610 | Trade Debt | | $20,238.19 |
| City of Chicago<br>Bankruptcy, 121 N LaSalle St.<br>Room 107A<br>Chicago, IL 60602 | Restaurant Tax | | $14,358.29 |
| Weiss, Sugar, Dvorak & Dusek, Ltd.<br>20 N. Wacker Street 2250<br>Chicago, IL 60606 | Trade Debt | | $6,500.00 |
| La Farine Bakery<br>2909 N Milwaukee Ave<br>Chicago, IL 60618 | Trade Debt | | $6,468.52 |
| U.S. Foodservice<br>800 Supreme Drive<br>Suite 200<br>Bensenville, IL 60106 | Trade Debt | | $6,029.29 |
| Premier Produce Company<br>2405 S Oakley Ave<br>Chicago, IL 60608 | Trade Debt | | $4,894.65 |
| Wirtz Beverage Illinois<br>3333 S Laramie Ave<br>Cicero, IL 60804 | Trade Debt | | $4,819.13 |
| BDO<br>130 East Randolph Street, Suite 2800<br>One Prudential Plaza<br>Chicago, IL 60601 | Trade Debt | | $4,000.00 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Dalmares Produce Inc.<br>1314 West 21st Street<br>Chicago, IL. 60608 | Trade Debt | | $3,625.03 |
| Nicholas Steger<br>8908 Osceola<br>Morton Grove, IL 60053 | Trade Debt | | $3,337.55 |
| Swisher Hygiene Franchise Corp.<br>4725 Piedmont Row Drive<br>Suite 400<br>Charlotte, NC 28210 | Trade Debt | | $2,763.46 |
| Nicole's Divine Crackers<br>1505 N Kingsbury St<br>Chicago, IL 60642 | Trade Debt | | $2,210.00 |
| Fortune Fish Company<br>PO Box 203<br>Bedford Park, IL 60499 | Trade Debt | | $2,058.20 |
| Chicago Blackhawk Hockey Team, Inc.<br>680 N Lake Shore Dr 19th Flr<br>Chicago, IL 60611 | Trade Debt | | $2,000.00 |
| Mahoney Environmental<br>37458 Eagle Way<br>Chicago, IL 60678-1374 | Trade Debt | | $1,440.00 |
| Farmer Friendly Foods<br>W2290 State Road 106<br>Jefferson, WI 53549 | Trade Debt | | $1,379.96 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 11
BAJA RIVER EAST, LLC, )
d/b/a QUAY RESTAURANT, ) Case No. 15- [          ]
)
Debtor. )
)

## LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, Baja River East, LLC submits the following information:

| Name and Address of Security Holder | Interest |
|---|---|
| RTKL Enterprises, LLC<br>3621 N. Ridge Rd.<br>Arlington Hts, Illinois 60004 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert Stejskal, the undersigned Authorized Agent of Baja River East, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: June 19, 2015

_____
Robert Stejskal
Authorized Agent

# RESOLUTION
# OF
# BAJA RIVER EAST, LLC
### (an Illinois limited liability company)

### Effective as of June 16, 2015

The undersigned, RTKL Enterprises, LLC ("*RTKL*") being the sole member of Baja River East, LLC, an Illinois limited liability company (the "*Company*"), hereby consents in writing to the following resolutions, with the intention that such actions will have the same force and effect as if taken by a vote of the members at a meeting duly called and held.

WHEREAS, RTKL has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of RTKL, it is desirable and in the best interests of the Company, its creditors and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officer (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Robert Stejskal (the "*Authorized Officer*") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officer considers it appropriate;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officer may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized and empowered on behalf of, and in the name of the Company to retain and to employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and

other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Officer;

RESOLVED FURTHER, that the Authorized Officer, and any employees or agents (including counsel) designated by or directed by the Authorized Officer, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of the Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Officer of the Company shall be, and hereby is, authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officer of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Officer of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by RTKL in connection with the actions contemplated by the foregoing resolutions be, and hereby are, adopted, and the Authorized Officer of the Company shall be, and hereby is, authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Officer or sole member of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned, the sole member of the Company, have executed this Action by Unanimous Written Consent as of the date first written above.

_____
RTKL Enterprises, LLC
By: Robert Stejskal
Its: Manager